10/4/21, 4:42 PM  2017 Nissan Murano Utility 4D Platinum 2WD V6 Prices, Values & Murano Utility 4D Platinum 2WD V6 Price Specs | NADAguides

Case 21-32967-KLP    Doc 14-1    Filed 11/09/21    Entered 11/09/21 14:45:11    Desc
Exhibit(s)    Page 1 of 2




Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

# 2017 Nissan Murano Prices and Values
## Utility 4D Platinum 2WD V6

⇄ CHANGE CAR     ⊕ COMPARE



📷 View more photos & video (17)

See other trim levels

| Utility 4D Platinum 2WD V6 ⌄ |
|---|



J.D. Power Best Performance and Design Award

10/4/21, 4:42 PM                  2017 Nissan Murano Utility 4D Platinum 2WD V6 Prices, Values & Murano Utility 4D Platinum 2WD V6 Price Specs | NADAguides

Case 21-32967-KLP    Doc 14-1    Filed 11/09/21    Entered 11/09/21 14:45:11    Desc
Exhibit(s)    Page 2 of 2

## Values & Cost Details

Pricing    Cost to Own

### Rough Trade-In

| | |
|---|---|
| Base Price | $21,975 |
| Mileage (130,000) | -$2,875 |
| Total Base | $19,100 |
| Options | N/A |
| | **$19,100** |

### Average Trade-In

| | |
|---|---|
| Base Price | $23,425 |
| Mileage (130,000) | -$2,875 |
| Total Base | $20,550 |
| Options | N/A |
| | **$20,550** |

### Clean Trade-In

| | |
|---|---|
| Base Price | $24,600 |
| Mileage (130,000) | -$2,875 |
| Total Base | $21,725 |
| Options | N/A |
| | **$21,725** |

Sell my car fast. **Get Offer.**

### Clean Retail

| | |
|---|---|
| Base Price | $27,125 |
| Mileage (130,000) | -$2,875 |
| Total Base | $24,250 |
| Options | N/A |
| | **$24,250** |